# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                          Case No. 14-CR-186

**DEANGELO ANDERSON,**

    Defendant.

## DECISION AND ORDER

Defendant Deangelo Anderson (Anderson) brought a motion to sever Counts One and Two from Counts Four and Five (Count Three attaches to either Counts One and Two or Counts Four and Five).

Magistrate Judge William E. Duffin has recommended to this Court that Anderson's motion be denied. The Court agrees with Judge Duffin that the different counts in this indictment contain facts and allegations that create a chain of facts linking Count One through and to Count Five, thereby allowing these counts to be properly joined.

Anderson's motion to sever is therefore denied.

**IT IS HEREBY ORDERED THAT:**

Anderson's motion to sever charges pursuant to FRCRP 8(a) (ECF No. 37) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2015.

                        **BY THE COURT:**

                        */s/ Rudolph T. Randa*
                        **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**

- 2 -

Case 2:14-cr-00186-LA   Filed 06/17/15   Page 2 of 2   Document 45